**Appeal Dismissed and Memorandum Opinion filed October 13, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00554-CR

### JAMES WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1603851**

### MEMORANDUM OPINION

The trial court dismissed the underlying case on the State's motion. Appellant filed a notice of appeal from the dismissal.

Generally, appeals in criminal cases may only be taken from final judgments of convictions. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). No exception to the general rule allows an appeal from an order dismissing the case.

On September 1, 2020, we notified the parties of the court's intention to dismiss the appeal for lack of jurisdiction unless any party showed, within 21 days of the letter, that the court has jurisdiction. *See* Tex. R. App. P. 42.3(a). No response has been filed.

The appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.

Do Not Publish — Tex. R. App. P. 47.2(b).